IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RICHARD C. HAMILTON | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| JOSHUA A. NOCHIMSON | : | NO. 09-CV-2196 |

## ORDER

AND NOW, this ʒ{day of July 2009, upon consideration of defendant Joshua Nochimson's

motion to transfer pursuant to 28 U.S.C. § 1404(a), plaintiff Richard Hamilton's response and

defendant's reply, it is hereby ORDERED that defendant's motion is GRANTED.  This action is

transferred to the United States District Court for the Eastern District of Michigan.  The Clerk of

Court is directed to take all steps necessary to effect transfer.

THOMAS N. O'NEILL, JR., J.